**United States District Court**
**Western District of Texas**
**El Paso Division**

FILED
Jun 15 2018
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | No: EP:12-CR-00849(14)-FM |
| § § | |
| **(14) ARTURO SHOWS URQUIDI** § § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Miguel A. Villalba, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 15th day of June, 2018.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE