United States District Court
Western District
Exhibits Log: EP-12-CR-849FM(14)(19)
USA v. ARTURO SHOWS URQUIDI(14), MARIO IGLESIAS VILLEGAS(19), 10/4/2021

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1-a | Photo of Tractor Trailer | No |
| Gov-1-b | Photo of Man Near White GMC Truck | No |
| Gov-1-c | White GMC Truck | No |
| Gov-1-d | Photo of Covered Truck Bed | No |
| Gov-1-e | Photo of Boxes in Truck Bed | No |
| Gov-1-f | Photo of Boxes in Truck Bed with One Open | No |
| Gov-1-g | Photo of Open Box in Truck Bed | No |
| Gov-1-h | Photo of Electrical Boxes | No |
| Gov-1-i | Photo of Cocaine with Memin Pinguin | No |
| Gov-1-p | Lab Report | No |
| Gov-2-a | Photo of Blue Blazer | No |
| Gov-2-b | Photo of Bundle Under Seat | No |
| Gov-2-c | Photo of Bundles in Passenger's Seat | No |
| Gov-2-d | Photo of Bundles in Driver's Seat | No |
| Gov-2-e | Photo of Bundles Removed from Vehicle | No |
| Gov-2-h | Lab Report | No |
| Gov-3-a | Photo of Victim | No |
| Gov-3-b | Photo of Missing Finger | No |
| Gov-3-c | Photo of Business Card | No |
| Gov-4-a | Photo of Black Chevy Avalanche | No |
| Gov-4-b | Photo of Nicacio Anival Nevarez | No |
| Gov-4-c | Photo of Sylvia Vargas Nevarez | No |
| Gov-4-d | Photo of Lorena Espino-Hernandez | No |
| Gov-4-e | Photo of Open Truck Bed | No |
| Gov-4-f | Photo of Red Bag with Clothing | No |
| Gov-4-g | Photo of Red Bag with Five Bundles | No |
| Gov-4-h | Photo of Five Bundles | No |
| Gov-4-i | Lab Report | No |
| Gov-5-h | Lab Report | No |
| Gov-6-g | Lab Report | No |
| Gov-7-i | Lab Report | No |
| Gov-8-b | Photo of Body with Pig Mask | No |
| Gov-10 | 50 caliber rifle | No |
| Gov-11-a | Photo of Black Bundles in El Paso | No |
| Gov-11-d | Lab report | No |
| Gov-12-b | Photo of Dodge Charger | No |
| Gov-12-c | Photo of Open Dash | No |
| Gov-12-d | Photo of Wire Connections | No |
| Gov-12-e | Photo of Air IQ | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-12-f | Photo of Exposed Dash | No |
| Gov-12-g | Photo of Bundles Inside Dash | No |
| Gov-12-i | Photo of Bundle with Jaguar | No |
| Gov-12-j | Lab Report | No |
| Gov-13-a | Photo of Box Fan | No |
| Gov-13-b | Photo of Black Bundles | No |
| Gov-13-d | Photo of Checkpoint | No |
| Gov-13-e | Photo of Canine at Semi | No |
| Gov-13-h | Photo of Bundles | No |
| Gov-13-i | Photo of Jaguar | No |
| Gov-13-j | Photo of Emboss | No |
| Gov-13-k | Lab report | No |
| Gov-14-a | Photo of Semi | No |
| Gov-14-c | Photo of Box | No |
| Gov-14-d | Photo of Bundles in Box | No |
| Gov-14-f | Lab Report | No |
| Gov-15-g | Lab Report | No |
| Gov-17-a | Crime Scene Diagram | No |
| Gov-17-b | Photo of Black Car | No |
| Gov-17-c | Photo of Black and White Cars | No |
| Gov-17-d | Photo of Tile Floor | No |
| Gov-17-e | Photo of Overturned Bed | No |
| Gov-17-f | Photo of Bedroom | No |
| Gov-17-h | Photo of Body | No |
| Gov-17-j | Photo of Sergio Saucedo | No |
| Gov-18-a | Photo of Bundles | No |
| Gov-18-b | Photo of Bundle with Jaguar | No |
| Gov-18-c | Lab Report | No |
| Gov-20-a | Photo of Bundles | No |
| Gov-20-b | Photo of Left Side Bundles | No |
| Gov-20-c | Photo of Right Side Bundles | No |
| Gov-21-a | Photo of Backpacks and Red Bin | No |
| Gov-21-b | Photo of Red Bin | No |
| Gov-21-m | Lab Report | No |
| Gov-22-a | Photo of Exterior of Home | No |
| Gov-22-b | Photo of Living Room | No |
| Gov-22-c | Photo of Tags | No |
| Gov-22-d | Photo of Weapons Seized | No |
| Gov-22-e | Photo of Bullet Proof Vests | No |
| Gov-23-a | Photo of Black Vehicle | No |
| Gov-23-b | Photo of Interior of Vehilce | No |
| Gov-23-c | Photo of Body in Vehicle | No |
| Gov-24-a | Photo of Church (North) | No |
| Gov-24-b | Photo of Church (East) | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-24-c | Photo of Church (West) | No |
| Gov-24-e | Photo of Best Man and Maid of Honor | No |
| Gov-24-g | Photo of Groom's Family | No |
| Gov-24-i | Photo of Bride and Groom | No |
| Gov-24-j | Photo Outside Church | No |
| Gov-24-m | Photo Deceased Back | No |
| Gov-24-o | Photo Deceased Front View | No |
| Gov-24-rs | Wedding Murder Compressed Recording - SYNC | No |
| Gov-24-s | Wedding Murder Compressed Recording Trans | No |
| Gov-25-l | Photo Bodies Tape Top | No |
| Gov-25-q | Death Certificate for Rafael Morales Valencia | No |
| Gov-25-r | Death Certificate for Jaime Morales Valencia | No |
| Gov-25-s | Death Certificate for Guadalupe Morales Arreola | No |
| Gov-26-a | Photo of Two Bodies | No |
| Gov-26-b | Photo of Two Bodies with Writing | No |
| Gov-28-a | Photo of Female | No |
| Gov-28-b | Photo of Writing on a Shirt | No |
| Gov-28-c | Photo of Body | No |
| Gov-28-f | Female Being Questioned -SYNC | No |
| Gov-30-a | Photo of U-Haul | No |
| Gov-30-b | Photo of Semi | No |
| Gov-30-c | Photo of Trailer Door | No |
| Gov-30-d | Photo of Open Trailer | No |
| Gov-30-e | Photo of Trailer Load | No |
| Gov-30-f | Photo of Mixed Load | No |
| Gov-30-g | Photo of Box within Load | No |
| Gov-30-h | Photo of Boxes Removed from Trailer | No |
| Gov-30-k | Lab Report | No |
| Gov-31-a | Photo of Room with Weapons | No |
| Gov-31-b | Photo of Left Side of the Room | No |
| Gov-31-c | Photo of the Right Side of the Room | No |
| Gov-31-d | Photo of Automatic Weapon | No |
| Gov-31-e | Photo of 50 Caliber Rifle | No |
| Gov-31-f | Photo of Money Counters and Ammunition | No |
| Gov-31-g | Photo of Bullet Proof Vests | No |
| Gov-31-h | Photo of Strike Plate | No |
| Gov-31-i | Photo of Grenates | No |
| Gov-31-j | Photo of Weapons Vault | No |
| Gov-31-l | Photo of Jackets | No |
| Gov-32 | Photo of White Vehicle | No |
| Gov-33-a | Photo of Body | No |
| Gov-33-b | Photo Close-up of Body | No |
| Gov-39 | Tanker | No |
| Gov-40-a | Jesus Omar Acosta Chavez aka Arabe | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-40-b | Luis Arellano Romero aka Bitchi | No |
| Gov-40-c | Fernando Arellano Romero aka Rayo | No |
| Gov-40-d | Adrian Avila Ramirez aka Bam Bam | No |
| Gov-40-e | Rodolfo Briseno aka Rudy | No |
| Gov-40-f | Castillo Rascon aka Flaco | No |
| Gov-40-g | Juan Chavez | No |
| Gov-40-h | Sylvia Chavez | No |
| Gov-40-i | Juan Mario De la O Lopez aka Flaco | No |
| Gov-40-j | Irving Enriquez | No |
| Gov-40-k | Jose Angel Esparza aka El Perro | No |
| Gov-40-l | Jesus Manuel Fierro Mendez aka Puma | No |
| Gov-40-m | Jesus Fierro Ramirez aka Huichi | No |
| Gov-40-n | Daniel Franco Lopez aka Micha | No |
| Gov-40-o | Edgar Ivan Galvan aka El Negro | No |
| Gov-40-p | Sergio Garduno Escobedo aka El Coma | No |
| Gov-40-q | Carlos Gomez Muro aka Cacho | No |
| Gov-40-r | Joaquin Guzman Loera aka El Chapo | No |
| Gov-40-s | Mario Alberto Iglesias Chavira aka Flauta Ocho | No |
| Gov-40-t | Mario Iglesias Villegas aka Dos Parka Delta Grim Reaper | No |
| Gov-40-u | Jose Iglesias Villegas aka Pepe | No |
| Gov-40-v | Jesus Lozano Mendez aka Garza | No |
| Gov-40-w | German Olivarez Magana aka Piasa | No |
| Gov-40-x | Amado Nunez Meza aka Flaco | No |
| Gov-40-y | Mario Nunez Meza aka Mayito | No |
| Gov-40-z | Fernando Ontiveros Arambula aka El Fer | No |
| Gov-40-z1 | Santiago Humberto Perez Pinon | No |
| Gov-40-z10 | Arturo Shows Urquidi | No |
| Gov-40-z11 | Jose Luis Terrazas Mendias aka Pirata | No |
| Gov-40-z12 | Jose Antonio Torres Marrufo aka Jaguar | No |
| Gov-40-z13 | Ismael Zambada Garcia aka Don Mayo | No |
| Gov-40-z14 | Vicente Carrillo Fuentes aka VCF | No |
| Gov-40-z15 | Noel Salguiero Nevarez aka Flaco | No |
| Gov-40-z2 | Julio Porras Chavez aka El Vejon | No |
| Gov-40-z3 | Rafael Figueroa Merino aka Keki | No |
| Gov-40-z4 | Raul Leonel Fournier Robles | No |
| Gov-40-z5 | Ricardo Rodriguez Cordova aka Yogi | No |
| Gov-40-z6 | Valentine Saenz De la Cruz aka El Valle El Lic | No |
| Gov-40-z7 | Gabino Salas Valenciano aka El Ingeniero | No |
| Gov-40-z8 | David Sanchez Hernandez aka Christian | No |
| Gov-40-z9 | Ivan Sanchez Hernandez | No |
| Gov-41-a | 2012-04-24 | No |
| Gov-41-d | 2020-01-30 | No |
| Gov-43-a | Stipulation of Facts Iglesias-Villegas | No |
| Gov-43-b | Stipulation of Facts Arturo Shows Urquidi | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Def-14-1 | Letter | No |
| Def-19-2 | Document- Death Certificate | No |
| Def-19-2-A | Document - Birth Certificate | No |
| Def-19-3 | Document - Birth Certificate | No |
| Def-19-4 | Photo - IFE | No |
| Def-19-5 | Photo - IFE | No |
| Def-19-6 | Photo- child card | No |
| Def-19-7 | Photo | No |
| Def-19-8 | Document | No |
| Def-19-9 | Document- Mexico Registro | No |
| Def-19-10 | Document- Business Records Affidavit | No |

*Kristle M. Wade*   10-21-2021
AUSA

*[signature]* 10/21/21

FOR DEFENDANT SHOWS

*[signature]* 10-21-21