# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | **CAUSE NO. EP: 12-CR-0849 (14)-FM** |
| **ARTURO SHOWS URQUIDI** | § § | |

## NOTICE OF APPEAL

Notice is hereby given that, Defendant **ARTURO SHOWS URQUIDI** hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Verdict and Sentence in this cause.

Respectfully submitted,

**MIGUEL A. VILLALBA**
Attorney at Law
1145 E. Rio Grande Avenue
El Paso, Texas 79902
Tel.: (915)-564-4500
Fax: (915)-564-4501
Email: villalba1979@yahoo.com

/s/ *Miguel A. Villalba*
Miguel A Villalba
State Bar No.: 20581825
ATTORNEY FOR DEFENDANT
ARTURO SHOWS URQUIDI

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been electronically filed with the clerk of the Court using CM/ECF system, which will send electronic notification of this filing to all counsel of record, on this the 7th day of March 2022.

*/s/ Miguel A. Villalba*_____
MIGUEL A. VILLALBA