IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO



ARTURO SHOWS URQUIDI,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Crim No. 3:12-cr-00849-KC-14
Civil No. 3:24-cv-00192-KC

## NOTICE OF APPEAL

COMES Petitioner, Arturo Shows Urquidi, appearing *pro se,* and timely gives notice of his intention to appeal the June 16, 2025, Text Order entered by Judge Kathleen Cardone [Doc. No entry] denying Urquidi' Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

_____
ARTURO SHOWS URQUIDI
REG. NO. 11004-480
USP BEAUMONT
U.S. PENITENTIARY
P. O. BOX 26030
BEAUMONT, TX 77720
Appearing *Pro Se*

ARTURO SHOWS URQUIDI
REG. NO. 11004-480
USP BEAUMONT
U.S. PENITENTIARY
P. O. BOX 26030
BEAUMONT, TX 77720

July    , 2025

Clerk, U. S. District Court
Western District of Texas
El Paso Division
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

      RE:   *Urquidi v. United States*
               Civil No. 3:24-cv-00192-KC
               Crim No. 3:12-cr-00849-FM-14

To the Clerk of the Court:

      Enclosed please find and accept for filing Petitioner's Notice of Appeal and Application To Proceed in District Court Without Prepaying Fees or Cost. Please submit this reply to the Court.

                                        Sincerely,

                                        */s/ A. Shows U.*
                                        ARTURO SHOWS URQUIDI
                                        Appearing *Pro Se*

Encl. as noted

Arturo Shows Urguidi
#11004-480
USP Beaumont
P.O Box 26030
Beaumont TX 77720



FILED
JUL 22 2025
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Clerk U.S District Court
Western Distric of Texas
El Paso Division
525 Magoffin Avenue, Suite
El Paso, Texas 79901