IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ARTURO SHOWS URQUIDI, § | |
|    Movant, § | |
| § | EP-24-CV-192-KC |
| v. § | EP-12-CR-849-KC-14 |
| § | |
| UNITED STATES OF AMERICA, § | |
|    Respondent. § | |

### ORDER GRANTING MOVANT'S MOTION
### FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Arturo Shows Urquidi, federal prisoner number 11004-480, seeks leave to proceed, without paying costs or fees, with an appeal of the Court's June 16, 2025, text order denying his motion to reconsider the Court's denial of his motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. Appl., ECF No. 1403.[1] His request is granted.

A movant must be economically eligible and take his appeal in good faith to proceed with an appeal without paying costs or fees. Fed. R. App. P. 24(a); *Howard v. King*, 707 F.2d 215, 219–20 (5th Cir. 1983). A movant may establish his economic eligibility by submitting a financial affidavit, which includes a list of all his assets and a statement that he is unable to pay the fees and costs. 28 U.S.C. § 1915(a)(1) (2012); *see also United States v. Cole*, 101 F.3d 1076, 1077 (5th Cir. 1996) (explaining "the [collection] provisions of the [Prison Litigation Reform] Act do not apply to 28 U.S.C. § 2255 proceedings"). A movant may demonstrate his good faith by seeking appellate review of any non-frivolous issue, but he need not show his probable success on the merits. *Howard,* 707 F. 2d at 220.

The reviewing court may examine the movant's financial affidavit to ensure that he is indigent and economically eligible. The reviewing court may also examine the movant's claims

---

[1] "ECF No." refers to the Electronic Case Filing number for documents docketed in EP-12-CR-849-KC-14.

to determine whether he makes "legal points arguable on their merits (and therefore not frivolous)" to ensure that he brings his appeal in good faith. *Id*. (quoting *Anders v. California*, 386 U.S. 738, 744 (1967)).

The Court notes that it appointed counsel to represent Shows Urquidi during his trial and direct appeal. The Court further notes that Shows Urquidi's application suggests he is economically eligible to proceed without paying costs or fees because, according to his inmate statement, his daily balance has remained under $125.00 for the last six months. Appl., ECF No. 1403 at 4. The Court additionally finds that Shows Urquidi may raise a non-frivolous or colorable issue on appeal.

Accordingly, the Court **GRANTS** Shows Urquidi's application to proceed without paying fees or costs (ECF No. 1403) and **DIRECTS** the Clerk to immediately notify the parties and the Fifth Circuit Court of Appeals of this order.

**SO ORDERED.**

**SIGNED** this 23rd day of July, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE